## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:23-CV-81332-MIDDLEBROOKS

SECURITIES AND EXCHANGE COMMISSION,

                  Plaintiff,

v.

THIRD FRIDAY MANAGEMENT, LLC,
and MICHAEL E. LEWITT,

                  Defendants,
_____/

## ORDER GRANTING MOTION TO VACATE SCHEDULING ORDER

THIS CAUSE comes before the Court upon the Plaintiff's Unopposed Motion to Suspend the Scheduling Order, filed on April 26, 2024. (DE 25). On April 10, 2024, I entered Judgment against Defendants Third Friday Management, LLC, and Michael E. Lewitt. (DE 24). Plaintiff now represents that the Parties have reached an impasse in their efforts to settle the outstanding monetary claims. Plaintiff requests that the Court suspend the Scheduling Order and provide Plaintiff with 90 days to file a motion for imposition of remedies against Defendants. Good cause is shown to grant the motion and set the proposed deadline for the filing of a motion regarding remedies. Accordingly, it is **ORDERED AND ADJUDGED**:

(1) Plaintiff's Motion to Suspend the Scheduling Order (DE 25) is **GRANTED.**

(2) The Pretrial Scheduling Order and Order Referring Case to Mediation (DE 12) is **VACATED.**

(3) The Clerk of Court shall **CLOSE THIS CASE** for administrative purposes only. All pending motions are **DENIED AS MOOT.** Any Party may seek to reinstate a motion if or when the case is reopened.

(4) This court will retain jurisdiction and the case shall be restored to the active docket upon Court order after Plaintiff files a motion for imposition of monetary remedies.

(5) Plaintiff is directed to file a Motion for Imposition of Monetary Remedies no later than **July 29, 2024.**

**SIGNED** in Chambers at West Palm Beach, Florida, this 29 day of April, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record