UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-81332-Civ-Middlebrooks/Matthewman

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THIRD FRIDAY MANAGEMENT, LLC and MICHAEL E. LEWITT, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE REGARDING MOTION FOR EXTENSION OF DEADLINE
TO FILE MOTION FOR IMPOSITION OF MONETARY REMEDIES**

Plaintiff Securities and Exchange Commission (the "Commission") respectfully submits the below Certificate of Conferral Under Local Rule 7.1

**CERTIFICATE OF CONFERRAL UNDER LOCAL RULE 7.1**

Undersigned counsel has since the filing of the Commission's Motion received confirmation from counsel for Defendants who does not oppose the Motion for Extension of Deadline to File Motion for Monetary Remedies.

August 28, 2024

Respectfully submitted,

**Pascale Guerrier**
Pascale Guerrier
Senior Trial Counsel
Fla. Bar No. 22590
Direct Dial: (305) 982-6301
Email: guerrierp@sec.gov
Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**

801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300