## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No: 23-cv-81332-MIDDLEBROOKS

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

THIRD FRIDAY MANAGEMENT, LLC and MICHAEL
E. LEWITT,

Defendants.

---

### ORDER CLOSING CASE

THIS CAUSE comes before the Court in light of my entry of Final Judgment in favor of

Plaintiff, the Securities and Exchange Commission, and against Defendants, Third Friday

Management, LLC, and Michael E. Lewitt. (DE 35, DE 36). Accordingly, it is **ORDERED AND**

**ADJUDGED** that:

1) The Clerk of Court shall **CLOSE THIS CASE.**

2) All pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers at West Palm Beach, Florida, on this 5 day of September, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Cc: Counsel of record

1